**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

|  |  |  |
|---|---|---|
| GEORGE ASSAD, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:17-cv-00529-SS |
| FORESTAR GROUP INC., JAMES A. RUBRIGHT, M. ASHTON HUDSON, DANIEL B. SILVERS, RICHARD M. SMITH, RICHARD D. SQUIRES, PHILLIP J. WEBER, STARWOOD CAPITAL GROUP, TERRA FIRMA MERGER PARENT, L.P., and TERRA FIRMA MERGER SUB, L.P., | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice.  Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: July 14, 2017

**KENDALL LAW GROUP, PLLC**

By:  */s/ Joe Kendall*
　　　Joe Kendall
　　　Texas Bar No. 11260700
　　　jkendall@kendalllawgroup.com
　　　Jamie J. McKey
　　　Texas Bar No. 24045262
　　　jmckey@kendalllawgroup.com
　　　3232 McKinney Avenue, Suite 700
　　　Dallas, TX 75204
　　　Telephone:  (214) 744-3000
　　　Facsimile:  (214) 744-3015

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
Brian D. Long
Gina M. Serra
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Telephone:  (302) 295-5310
Facsimile:  (302) 654-7530

**RM LAW, P.C.**                               *Attorneys for Plaintiff*
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone:  (484) 324-6800
Facsimile:  (484) 631-1305

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was served on all counsel of record via the

Court's ECF system as of the date file stamped thereon.

*/s/ Joe Kendall*
JOE KENDALL