IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2017 JUL 18  AM 8: 53
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
             DEPUTY

| | |
|---|---|
| GEORGE ASSAD, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED;<br>          Plaintiff, | |
| -vs- | CAUSE NO.:<br>A-17-CA-00529-SS |
| FORESTAR GROUP INC., JAMES A. RUBRIGHT, M. ASHTON HUDSON, DANIEL B. SILVERS, RICHARD M. SMITH, RICHARD D. SQUIRES, PHILLIP J. WEBER,  STARWOOD CAPITAL GROUP,  TERRA FIRMA MERGER PARENT, L.P.,  TERRA FIRMA MERGER SUB, L.P.,<br>          Defendants. | |

## ORDER

BE IT REMEMBERED on this day there was presented to the Court the Notice of Voluntary Dismissal [#18] filed by the plaintiff in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

IT IS ORDERED that the Notice of Voluntary Dismissal [#18] is GRANTED in all respects and this lawsuit is hereby DISMISSED without prejudice.

SIGNED this the ___17th___ day of July 2017.

/s/ Sam Sparks
UNITED STATES DISTRICT JUDGE

